AARON D. FORD
 Attorney General
TAYLOR M. L. RIVICH (Bar No. 15991)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email:  trivich@ag.nv.gov

*Attorneys for Defendants*
*Dario Sanchez, Andrew Trujillo,*
*and Harold Wickham*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEMARY VANDECAR,<br><br>          Plaintiff,<br><br>  v.<br><br>CHARLES DANIELS, *et al.*,<br><br>          Defendants. | Case No. 2:20-cv-02150-ART-BNW<br><br>**STIPULATION AND ORDER TO FILE THIRD AMENDED COMPLAINT AND SET DEADLINES TO FILE NOTICE OF ACCEPTANCE OF SERVICE AND ANSWER** |

Defendants, Dario Sanchez, Andrew Trujillo, and Harold Wickham, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Taylor M. L. Rivich, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Rosemary Vandecar, by and through counsel, Andréa L. Vieira, hereby stipulate and agree to the filing of a Third Amended Complaint and establishment of the deadlines to file a notice of acceptance of service and responsive pleading as follows:

1. Plaintiff may file a Third Amended Complaint **no later than ten (10) days from the date of the Court's order approving this stipulation**, for the limited purpose of adding Defendant Andrew Trujillo to the caption and parties section, to correct the inadvertent omission;

2. **Within twenty-one (21) days of the filing of the Third Amended Complaint,** the OAG shall file a notice of acceptance of service of process on behalf of

/ / /

1  those Defendants named in the Third Amended Complaint from whom OAG has received
2  requests for representation;
3     3.   As to any of the named defendants for whom the OAG cannot accept service,
4  the OAG shall file under seal, with service to Plaintiff's counsel, the last known
5  address(es) of those defendant(s) for whom it has such information. **Any such**
6  **disclosure is for attorney's eyes only**. If the last known address of the defendant(s) is
7  a post office box, the OAG shall attempt to obtain and provide the last known physical
8  address(es);
9     4.   If service cannot be accepted for any of the named defendant(s), service must
10 be attempted as under FRCP 4; and
11    5.   Any defendant for whom the OAG accepts service of process shall file and
12 serve an answer or other response to the Third Amended Complaint **within sixty (60)**
13 **days of the filing of the Third Amended Complaint**.
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

6. By entering into this stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Plaintiff's complaint.

Dated this 20th Day of October, 2022

AARON D. FORD
Attorney General

 /s/ *Taylor M. L. Rivich*
TAYLOR M. L. RIVICH (Bar No. 15991)
 Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
trivich@ag.nv.gov

*Attorneys for Defendants*
*Dario Sanchez, Andrew Trujillo,*
*and Harold Wickham*

Dated this 20th Day of October, 2022

THE VIEIRA FIRM

 /s/ *Andréa L. Vieira*
ANDREA L. VIEIRA, ESQ. (Bar No. 15667)
3100 W. Charleston Blvd., Ste. 100
Las Vegas, Nevada 89102
Andrea@TheVieiraFirm.com

*Attorneys for Plaintiff*
*Rosemary Vandecar*

**IT IS SO ORDERED.**

**ORDER**

_____
United States Magistrate Judge

DATED October 21, 2022.