AARON D. FORD
  Attorney General
TAYLOR M. L. RIVICH (Bar No. 15991)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: trivich@ag.nv.gov

*Attorneys for Defendants
Nevada Department of Corrections (NDOC),
James Baumgras, Karissa Currier,
Marquise L. Franklin, Nicole Holston,
Gabriela Garcia-Najera, Dean Medeiros,
Jennifer Nash, Dwight Neven,
Ronald Oliver, Dario Sanchez,
Andrew Trujillo and Harold Wickham*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY VANDECAR, | Case No. 2:20-cv-02150-ART-BNW |
| Plaintiff, | **DEFENDANTS' MOTION TO EXTEND DEADLINE TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT (FIRST REQUEST)** |
| vs. | |
| CHARLES DANIELS, *et al.*, | |
| Defendants. | |

Defendants, Nevada Department of Corrections ("NDOC"), James Baumgras, Karissa Currier, Marquise L. Franklin, Nicole Holston, Gabriela Garcia-Najera, Dean Medeiros, Jennifer Nash, Dwight Neven, Ronald Oliver, Dario Sanchez, Andrew Trujillo, and Harold Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Taylor M. L. Rivich, Deputy Attorney General, hereby move for a five (5) day extension of time to submit their confidential settlement conference statement, from March 3, 2023, to March 8, 2023. This is the first request for an extension of deadlines set forth in this Court's Order Scheduling Settlement Conference (ECF No. 68).

/ / /

/ / /

**I.     RELEVANT BACKGROUND**

On February 8, 2023, the Court issued an Order Scheduling Settlement Conference, stating that each party's written evaluation must be submitted by 4:00 on March 3, 2023. ECF No. 68 at 3-4.

**II.    LEGAL STANDARD**

The Court may extend deadlines upon a showing of good cause. Fed. R. Civ. P. 6(b).

**III.   DECLARATION OF TAYLOR M. L. RIVICH**

1. I, Taylor Rivich, declare under penalty of perjury that the following is true and correct of my own personal knowledge and if called to testify in this matter I would testify as follows:

2. I am the Deputy Attorney General currently assigned to represent Defendants NDOC, Baumgras, Currier, Franklin, Holston, Garcia-Najera, Medeiros, Nash, Neven, Oliver, Sanchez, Trujillo, and Wickham, in this matter. I entered an appearance for these Defendants on November 21, 2022.

3. Currently, I am responsible for managing approximately 30-35 active cases.

4. This week, from February 27, 2023, through March 2, 2023, I prepared for and participated in a jury trial in a separate matter, *David Levoyd Reed v. James Dzurenda, et al.*, USDC 2:19-cv-00326-CDS-NJK, which is lasting longer than expected.

5. My presence at the Court is likely to be required today, March 3, 2023, as well, if the jury reaches a verdict.

6. Additionally, in preparation for the settlement conference, scheduled for March 10, 2023, I requested numerous documents from NDOC, which appear to still be trickling in.

7. I believe that pushing the deadline to March 8, 2023, will give me sufficient time to review all relevant documentation and prepare a well-written evaluation of the case.

8. I am not requesting a continuance of the settlement conference, only an extension of the deadline to submit a written evaluation. Plaintiff will not be prejudiced.

I declare under penalty of perjury that the foregoing is true and correct.

## IV. CONCLUSION

Given the trial this week and the lack of prejudice to other parties, Defendants respectfully request the Court order that March 8, 2023, be the new deadline to submit their written evaluation of the case prior to the settlement conference on March 10, 2023.

DATED this 3rd day of March 2023.

AARON D. FORD
Attorney General

By: /s/ Taylor M. L. Rivich
TAYLOR M. L. RIVICH (Bar #15991)
Deputy Attorney General

*Attorneys for Defendants*
*Nevada Department of Corrections (NDOC),*
*James Baumgras, Karissa Currier,*
*Marquise L. Franklin, Nicole Holston,*
*Gabriela Garcia-Najera, Dean Medeiros,*
*Jennifer Nash, Dwight Neven,*
*Ronald Oliver, Dario Sanchez,*
*Andrew Trujillo and Harold Wickham*

## ORDER

IT IS ORDERED that ECF No. 69 is GRANTED.

IT IS FURTHER ORDERED that the Settlement Conference is **rescheduled** to 3/30/2023 at 10:00 a.m. by Zoom video conference. The Court will circulate a Zoom invitation closer to the Settlement Conference.

IT IS FURTHER ORDERED that the pre-Settlement Conference Telephonic Conference is **rescheduled** to 3/29/2023 at 3:00 p.m. Counsel is kindly directed to call (877) 810-9415, access code 2365998.

**IT IS SO ORDERED**
**DATED:** 10:02 pm, March 07, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on March 3, 2023, I electronically filed the foregoing **DEFENDANTS' MOTION TO EXTEND DEADLINE TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT (FIRST REQUEST)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

    Andrea Vieira, Esq.
    THE VIEIRA FIRM
    400 S. 7th St.
    Ste. 400
    Las Vegas, Nevada 89101
    Email: andrea@thevieirafirm.com
    Attorneys for Plaintiff

    /s/ Andrea Beckett
    ANDREA BECKETT, an employee of the
    Office of the Nevada Attorney General