# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY VANDECAR,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, et al.,<br><br>Defendants. | Case No.  2:20-cv-02150-ART-VCF<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS DEFENDANT NICOLE HOLSTON WITHOUT PREJUDICE** |

　　IT IS HEREBY STIPULATED by and between Plaintiff, Rosemary Vandecar, by and through counsel, Andréa L. Vieira, and Defendants, Nevada Department of Corrections (NDOC), James Baumgras, Karissa Currier, Marquise L. Franklin, Nicole Holston, Gabriela Garcia-Najera, Dean Medeiros, Jennifer Nash, Dwight Neven, Ronald Oliver, Dario Sanchez, Andrew Trujillo, and Harold Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule

///

41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that Defendant Nicole Holston be dismissed from the above captioned action without prejudice.

The Parties have agreed that the case should be dismissed as to Defendant Nicole Holston and agree that the Court may accordingly dismiss her from the proceedings, without prejudice.

DATED this 6th day of June, 2023.

By: /s/ Andréa L. Vieira
ANDRÉA L. VIEIRA (Bar No. 15667)
Attorneys for Plaintiff

DATED this 6th day of June, 2023

AARON D. FORD
Attorney General

By: /s/ Leo T. Hendges
LEO T. HENDGES (Bar No. 16034)
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED**. That Defendant Nicole Holston is DISMISSED WITHOUT PREJUDICE and the Clerk is directed to remove her from the proceedings.

DATED <u>June 8, 2023.</u>

_____
Anne R. Traum
United States District Court Judge