**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Rosemary Vandecar,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Charles Daniels, et al.,<br><br>　　　　　　Defendant(s). | 2:20-cv-02150-ART-MDC<br><br>**ORDER DENYING STIPULATION** |

**IT IS ORDERED** that the *Stipulation and Order Regarding Discovery* (ECF No. 128) is **DENIED WITHOUT PREJUDICE**. The stipulation does not include the proposed dates for dispositive motions and the joint pretrial order. The parties may submit an amended stipulation with such deadlines by **June 24, 2025**.

　　　DATED this 16th day of June 2025.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge